UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-02511 AFM**                                             Date:  **June 16, 2017**

Title    **Flood Brothers Plumbing, Inc. v. The Flood Brothers, In.c**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

On April 3, 2017, counsel was ordered to file the appropriate AO 120 or AO 121 form within 14 days. The docket sheet shows that, as late as the date of this Order, the appropriate form has not been filed.

Accordingly, IT IS ORDERED that within 10 days of the filing date of this Order, plaintiff shall show cause in writing why sanctions should not be imposed for failure to comply with the April 3, 2017 Order. *See* L.R. 83-7. The filing of the appropriate AO 120 or AO 121 within 10 days shall discharge the order to show cause.

|  | : |
|---|---|
| **Initials of Preparer** | ib |